# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0207.  ROBERT JAY DAVIS v. AMY KRISTEN WALTON.**

Robert Jay Davis filed this direct appeal from the trial court's order dismissing his petition to legitimate a minor child.  However, appeals in domestic relations cases must comply with the discretionary appeal procedure, and a legitimation action is a domestic relations case.  See OCGA § 5-6-35 (a) (2); *Cloud v. Norwood*, 321 Ga. App. 218 (739 SE2d 93) (2013); *Brown v. Williams*, 174 Ga. App. 604 (332 SE2d 48) (1985).  Accordingly, Davis was required to file an application for discretionary appeal to obtain review of the trial court's dismissal order. Because he failed to follow the appropriate appellate procedure, this appeal is DISMISSED for lack of jurisdiction.  See *Cloud*, supra.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/30/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*